UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLSTAR MARKETING GROUP, LLC,

                Plaintiff,

           -v.-

ACTIVATE2011STORE, BESTBUY_OUTLETS, HAPPY-SHOPPING2011, HIGHSKY_02, HONEYWAITER, HYDASATEK, JUSTDOIT*27, MHESTORE2009, OKSTORES, OMNISTORE888, QIANLISHOP, SANDSTORM85_9, TIME.GOES.BUY, TOPSPORTER697, VIPSOONHUA, WANGBIAOCLOTHES, WISLIGHT4ULANDPOWER, YONGFASHOP2018, YUAA2681 and ZHUANYUNSHOP.

                Defendants.

19 Civ. 4204 (KPF)

UNSEALING ORDER

---

KATHERINE POLK FAILLA, District Judge:

       The Court orders that this Action be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

SO ORDERED.

Dated:      May 23, 2019
             New York, New York

                                KATHERINE POLK FAILLA
                              United States District Judge