Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Allstar Marketing Group, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTAR MARKETING GROUP, LLC,
*Plaintiff*

v.

ACTIVATE2011STORE, *et al.*,
*Defendants*

**CIVIL ACTION No.
19-cv-4204 (KPF)**

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstar Marketing Group, LLC ("Allstar" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant mhestore2009 in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated:  August 5, 2019                                 Respectfully submitted,

                                                       **EPSTEIN DRANGEL LLP**

                                         BY:   _____
                                               Brieanne Scully (BS 3711)
                                               bscully@ipcounselors.com
                                               EPSTEIN DRANGEL LLP
                                               60 East 42nd Street, Suite 2520
                                               New York, NY 10165
                                               Telephone:    (212) 292-5390
                                               Facsimile:    (212) 292-5391
                                               *Attorneys for Plaintiff*
                                               *Allstar Marketing Group, LLC*

**It is so ORDERED.**

Signed at New York, NY on  August 5 , 2019.

                                               _____
                                               Judge Katherine Polk Failla
                                               United States District Judge

2