UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTAR MARKETING GROUP, LLC,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>HAPPY-SHOPPING2011, HYDASATEK, JUSTDOIT*27, OMNISTORE888, QIANLISHOP, SANDSTORM85_9, YONGFASHOP2018, YUAA2681 and ZHUANYUNSHOP.<br><br>                    Defendants. | 19 Civ. 4204 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

    Due to restrictions on access to the Courthouse and on Courthouse operations due to the ongoing COVID-19 pandemic, which restrictions are well-documented on the Court's website, the Order to Show Cause conference currently scheduled for **June 17, 2020**, at **11:00 a.m.** shall be conducted telephonically.  The dial-in information is as follows: At **11:00 a.m.** the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to **11:00 a.m.**

    Plaintiff is hereby ORDERED to serve a copy of this Order upon each of the Defaulting Defendants in the same manner described in the Court's April 28, 2020 Scheduling Order on or before 5:00 p.m. June 15, 2020.

SO ORDERED.

Dated:    June 12, 2020
            New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge